1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRADLEY DAVID McGRATH

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:13-cr-055 MCE
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  CASE
13      v.                          )
                                    )  Date:  March 28, 2013
14 BRADLEY DAVID McGRATH,           )  Time:  9:00 a.m.
                                    )  Judge: Hon. Morrison C. England, Jr.
15              Defendant.          )
                                    )
16 _____  )

17

18        **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Michael McCoy, counsel for Plaintiff, and Assistant Federal

20 Defender Jeffrey L. Staniels, counsel for Defendant that the above case

21 be vacated from this court's March 28, 2013 calendar, and that it be

22 continued until April 11, 2013, at 9:00 a.m. for status conference.

23        This stipulation seeks a continuance of the first scheduled

24 appearance of Mr. McGrath before the District Court.  Counsel have

25 conferred about the pace of current preparation and about the

26 possibility that this case may settle in the near future.  Counsel are

27 optimistic that an agreed upon settlement might be reached by April 11,

28 2013.

1    IT IS FURTHER STIPULATED that the interests of justice served by

2  permitting this continuance for the above stated purposes outweigh the

3  interests of the public and of Mr. Taylor in a speedy trial and that

4  time for trial under the Speedy Trial Act should be excluded between

5  the filing of this stipulation and April 11,2013, pursuant to 18 U.S.C.

6  § 3161(h)(7)(B)(iv), Local Code T-4.

7         **IT IS SO STIPULATED.**

8

9  Dated: March 26, 2013          /s/ *Michael D. McCoy*
                                   MICHAEL D. McCOY
10                                 Assistant United States Attorney
                                   Counsel for Plaintiff
11

12
   Dated: March 26, 2013          /s/ *Jeffrey L. Staniels*
13                                 Jeffrey L. Staniels
                                   Assistant Federal Defender
14                                 Counsel for Defendant
                                   BRADLEY DAVID McGRATH
15

16

17
                              **O R D E R**
18

19     The above stipulation is accepted.  This case is therefore

20  continued from March 28, 2013, until April 11, 2013, at 9:00 a.m. on

21  this court's criminal calendar.

22         **IT IS SO ORDERED.**

23

24     Date:  March 26, 2013

25  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
26  UNITED STATES DISTRICT JUDGE

27

28

                              2