```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRADLEY DAVID McGRATH
6
                  IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )  No. 2:13-cr-055 MCE
                                )
10              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  CASE
11      v.                      )
                                )  Date:  April 11, 2013
12 BRADLEY DAVID McGRATH,       )  Time:  9:00 a.m.
                                )  Judge: Hon. Morrison C. England, Jr.
13              Defendant.      )
                                )
14 _____)
```

15      **IT IS HEREBY STIPULATED** by and between Assistant United States

16 Attorney Michael McCoy, counsel for Plaintiff, and Assistant Federal

17 Defender Jeffrey L. Staniels, counsel for Defendant that the above case

18 be vacated from this court's April 11, 2013 calendar, and that it be

19 continued until May 9, 2013, at 9:00 a.m. for status conference.

20      This stipulation seeks a continuance of the second scheduled

21 appearance of Mr. McGrath before the District Court.  Counsel have

22 conferred about the pace of current preparation and about the

23 possibility that this case may settle in the near future.  Counsel are

24 optimistic that an agreed upon settlement might be reached by May 9,

25 2013.

26      IT IS FURTHER STIPULATED that the interests of justice served by

27 permitting this continuance for the above stated purposes outweigh the

28 interests of the public and of Mr. Taylor in a speedy trial and that

time for trial under the Speedy Trial Act should be excluded between the filing of this stipulation and May 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 9, 2013  /s/ *Michael D. McCoy*
MICHAEL D. McCOY
Assistant United States Attorney
Counsel for Plaintiff

Dated: April 9, 2013  /s/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
BRADLEY DAVID McGRATH

**O R D E R**

The above stipulation is accepted. This case is therefore continued from April 11, 2013, until May 9, 2013, at 9:00 a.m. on this court's criminal calendar. Based on the information provided above the court finds that the interests of justice served by permitting this continuance outweigh the interests of the public and of Mr. McGrath in a speedy trial. Time for trial under the Speedy Trial Act is therefore excluded between the filing of this stipulation and May 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE