TIM A. PORI (SBN 189270)
JOHN F. BAUMGARDNER (SBN 275674)
Law Offices of Tim A. Pori
521 Georgia Street
Vallejo, CA   94590
Tel:  (707) 644-4004
Fax:  (707) 644-7528

Attorney for Defendant BRADLEY MCGRATH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY MCGRATH,<br><br>Defendants. | No. 2:13-cr-00055-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 18, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until September 12, 2013, and to exclude time between July 18, 2013, and September 12, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that all discovery has been either produced

directly to counsel and/or will be made available for inspection and copying.

  b. Counsel for the defendant desires additional time to consult with his respective client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2013, to September 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated: July 16, 2013                    BENJAMIN WAGNER
                                        U.S. ATTORNEY

                                   by:  /s/ Michael D. McCoy (Authorized on 7/16/2013
                                        MICHAEL D. MCCOY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


Dated: July 16, 2013                    /s/ Tim A. Pori
                                        TIM A. PORI
                                        Attorney for Defendant
                                        BRADLEY MCGRATH


**O R D E R**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for July 18, 2013, is hereby vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7.  It is further ORDERED that the time period between July 18, 2013 and September 12, 2013 is excluded from the calculation under the Speedy Trial Act pursuant to Local Code T4 for the reasons stated in the parties' stipulation.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT